## HOME *et al. v.* DUFF *et al.*

(*Supreme Court of Colorado, December term, 1881—Error to the County Court of Ouray County.*)

JURISDICTION OF COUNTY COURT—ALLEGATION NECESSARY TO CONFER. To give the County Court jurisdiction in any action, suit or proceeding, the complaint must aver, in terms or by equivalent allegation, that the value of the property in controversy, or the amount involved, for which relief is sought, does not exceed $2,000.

ELBERT, C. J.    The Constitution provides that " County Courts shall not have jurisdiction in any case where the debt, damage or claim or *value of property involved, shall exceed* $2,000, except in cases relating to the settlement of estates of deceased persons."

The General Laws provide that " The County Courts of the several counties of the State shall hereafter have concurrent jurisdiction with the District Courts in all civil actions, suits and proceedings whatsoever, *where* the debt, damage or claim, *or the value of the property involved*, shall not exceed $2,000, except as otherwise provided in this act."

Section 2 provides " *In order to give said Courts jurisdiction, in any action, suit or proceeding, the complaint, or complaints, shall state* that the *value* of the *property* in *controversy*, or the amount involved, for which relief is sought in such action, etc., does not exceed the said sum of $2,000." General Laws, p. 253.

The property in controversy in this action is a certain mining claim, to which plaintiffs below allege title, to recover possession

of which, with damages for detention, this action was brought.

There is no allegation that the value of the property does not exceed $2,000. The statute makes such an allegation essential, " in order to give the County Courts jurisdiction in any action, suit or proceeding."

For want of this or an equivalent allegation in this case, the jurisdiction of the County Court does not affirmatively appear, and the judgment must be reversed.

*E. Miles & W. Story*, for plaintiff in error.

*J. B. Brockway*, for defendant in error.